**FAEGRE DRINKER BIDDLE & REATH LLP**
David J.F. Gross (SBN 290951)
*david.gross@faegredrinker.com*
1950 University Avenue, Suite 450
East Palo Alto, California 94303
Telephone: +1 650 324 6700
Facsimile: +1 650 324 6701

**MOORE RUDDELL LLP**
Howard D. Ruddell (SBN 281510)
*hruddell@mooreruddell.com*
21250 Hawthorne Blvd., Suite 500
Torrance, California 90503
Telephone: +1 310 792 7010
Facsimile: +1 323 530 1113

*[additional counsel listed on signature page]*

*Attorneys for Defendant/Counterclaimant*
Samsung Electronics Co., Ltd., and *Defendant*
Samsung Electronics America, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S10 ENTERTAINMENT & MEDIA LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Counterclaimant/Defendant,<br><br>v.<br><br>S10 ENTERTAINMENT & MEDIA LLC,<br><br>Counterclaim Defendant/Plaintiff. | Case No. 2:21-cv-2443-CAS-JPR<br><br>Hon. Christina A. Snyder<br><br>**DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' MOTION TO EXCLUDE EVIDENCE, AND TESTIMONY FROM CASSIE PETREY AND SUPPORTING DOCUMENTS**<br><br>Counterclaim Filed: August 3, 2021<br>FAC Filed: July 20, 2021<br>Complaint Filed: March 19, 2021 |

Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc., ("Samsung"), by its undersigned counsel and pursuant to LR 79.5, herby apply for leave to file under seal portions of its Motion to Exclude Testimony and Evidence from Cassie Petrey, and the following exhibits:

- An unredacted version of the Memorandum in Support of Defenants' Motion to Exclude Testimony and Evidence from Cassie Petrey, which refers to materials Plaintiff S10 Entertainment & Media LLC ("Plaintiff") and/or Samsung have designated "Confidential" or "Highly Confidential."

- An unredacted version of Exhibit A to the Declaration of Katlyn M. Moseley in support of Defendants' Motion to Exclude Testimony and Evidence from Cassie Petrey ("Moseley Decl."), which is a true and correct copy of the Expert Report of Cassie Petrey dated October 7, 2022. This report is designated by both parties as Highly Confidential.

- An unredacted version of Moseley Decl. Exhibit B, which is a true and correct copy of excerpts to the Deposition Transcript of Cassie Petrey dated November 30, 2022. This testimony is designated by both parties as Highly Confidential.

- An unredacted version of Moseley Decl. Exhibit C, which is a true and correct copy of the Rebuttal Report of George Howard dated November 15, 2022. This exhibit is designated as Highly Confidential – Attorneys' Eyes Only.

- An unredacted version of Moseley Decl. Exhibit D, which is a true and correct copy of the Rebuttal Report of Cassie Petrey dated November 15, 2022. This exhibit is designated by Plaintiff as Highly Confidential.

- Moseley Decl. Exhibit E, which is a true and correct copy of excerpts of the Rule 30(b)(6) Deposition of S10 Entertainment & Media LLC

by Brandon Silverstein (Vol. 1) dated September 15, 2022. This document is designated by Plaintiff Attorneys' Eyes Only.

- Moseley Decl. Exhibit F, which is a true and correct copy of Petrey Deposition Exhibit 236, numbered SAMSUNG_00096058-SAMSUNG_00096126. This document is designated by Samsung as Highly Confidential.

- Moseley Decl. Exhibit I, which is a true and correct copy of excerpts of the Rule 30(b)(6) Deposition of S10 Entertainment & Media LLC by Brandon Silverstein (Vol. 2) dated September 16, 2022. This document is designated Attorneys' Eyes Only.

As further set forth in the accompanying Sealed Declaration of Katlyn M. Moseley ("Sealed Decl."), the Sealed Exhibits, or documents from which the Sealed Exhibits were created, contain highly confidential, proprietary, and commercially sensitive information regarding Samsung's product features, design and development, marketing strategy and spend, and detailed consumer research insights (Sealed Decl. ¶ _) and/or were produced by Plaintiff S10 Entertainment & Media LLC and designated as "Confidential" or "Highly Confidential" under the Protective Order (Dkt. 56) in this case (Sealed Decl. ¶ _.) Because the information of Samsung contained in these exhibits is of such sensitive and confidential nature that granting access to such information to the public would be detrimental to Samsung, and further to comply with the Protective Order, Samsung submits this Application to file the identified exhibit parts under seal (Sealed Decl. ¶¶ _.) Plaintiff does not oppose this Application. (Sealed Decl. ¶¶ _.)

Dated: December 23, 2022

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Christopher J. Burrell*

David J.F. Gross

James R. Steffen (*pro hac vice*)
*james.steffen@faegredrinker.com*
Lauren W. Linderman (SBN 280809)
*lauren.linderman@faegredrinker.com*
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Telephone:    +1 612 766 7000

Christopher J. Burrell (*pro hac vice*)
*christopher.burrell@faegredrinker.com*
Katlyn M. Moseley (*pro hac vice*)
*katlyn.moseley@faegredrinker.com*
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Telephone:    +1 202 842 8800

Louis T. Perry (*pro hac vice*)
*louis.perry@faegredrinker.com*
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:    +1 317 237 0300

*Attorneys for Defendant/Counterclaimant* Samsung Electronics Co., Ltd., and *Defendant* Samsung Electronics America, Inc.

# CERTIFICATE OF SERVICE

I, Christopher J. Burrell, declare that on **December 23, 2022**, I caused the foregoing Defendants' Application For Leave To File Under Seal Defendants' Motion To Exclude Evidence, And Testimony From Cassie Petrey And Supporting Documents to be served on the interested party(ies) in this action as follows:

****

☐ **BY EMAIL:** by transmitting via e-mail or secure file transfer the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Andrew D. Skale
*adskale@mintz.com*
Matthew C. Hurley
*mchurley@mintz.com*
Michael R. Graif
*Mrgraif@mintz.com*
Geoffrey A. Friedman
*gafriedman@mintz.com*
James J. Thomson
*jjthomson@mintz.com*
Oliver Ennis
*ofennis@mintz.com*
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Tel.  (858) 314-1500

Matthew Novian
*mjnovian@mintz.com*
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
2029 Century Park East, Ste 3100
Los Angeles, CA 90067
Tel.  (310) 586-3200

Executed on **December 23, 2022**.

*/s/ Christopher J. Burrell*
Christopher J. Burrell