Motion to Exclude Petrey

Exhibit B

0031-0070

Filed Under Seal