# Rebuttal Report

## *of*

# Cassie Petrey

*Submitted on behalf of Plaintiff, S10 Entertainment & Media LLC and in the matter of:*

UNITED STATES DISTRICT COURT
THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| S10 ENTERTAINMENT & MEDIA LLC<br><br>              Plaintiff,<br>              v.<br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>              Defendants. | | Case No.  2:21-cv-2443-CAS-JPR |
| | | |

October 7, 2022

HIGHLY CONFIDENTIAL

EXIHBIT D
0105

# TABLE OF CONTENTS

Page

I.      INTRODUCTION ........................................................................................1

II.     SUMMARY OF OPINIONS ......................................................................3

III.    OPINIONS AND RELATED SUPPORT ...................................................3

        Opinion 1:    Samsung's Opinion on the Level of Sophistication of Relevant Purchasing Consumers is Overstated and Inconsistent with the Facts of this Case and Market Realities................................................................3

        Opinion 2:    Samsung's Opinion Ignores the Impact of Relevant Non-Consumers and Is Inconsistent with the Facts of this Case and Market Realities....7

        Opinion 3:    Samsung's Opinion on the Impact of Marketing, Especially in the Social Media Space, is Misguided and Inconsistent with the Facts of this Case and Market Realities ........................................................................11

        Opinion 4:    Samsung's Opinion on the Nature of S10 Entertainment's Business is Inconsistent with the Facts of this Case and Market Realities.............15

IV.     CONCLUSION..........................................................................................17

i

# I.    INTRODUCTION

1.    I have been retained by Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., counsel for S10 Entertainment ("S10 Entertainment"), to provide an independent and objective opinion on S10 Entertainment's business in the music industry, marketing channels, relevant consumers, and the impact of Samsung Electronics Co., LTD and Samsung Electronics America, Inc., (collectively, "Samsung") unauthorized use of S10 Entertainment's United States Trademark Registration No. 5,909,315, (the "S10 mark").    Samsung's opinion on the music industry, sophistication of consumers, and marketing channels are contained in the October 7, 2022 expert reports of Messrs. George Howard ("Howard Report") and Gregory S. Carpenter ("Carpenter Report").  I have been asked to consider the Howard and Carpenter Reports and objectively evaluate the analyses and conclusions regarding these subjects    claimed therein by Samsung.

2.    I am the co-founder and co-Chief Executive Officer of Crowd Surf, based in Los Angeles, CA, a leading marketing and music management firm specializing in transformative campaigns for some of the world's most recognizable entertainers and brands.

3.    I have been featured on lists such as Forbes "30 Under 30," Billboard "30 Under 30," Variety's "Hollywood's New Leaders," and Billboard's "Digital Power Players."

4.    I created Crowd Surf in 2007, and as far as I know, it is the longest running music-centric social media management firm in the business.  I do not know of any company or individual who has more years working in social media than I have.

5.    I have been involved in the music industry in myriad ways since 2004.  I worked at the Warner Music Group from 2004-2007, where I oversaw social media marketing campaigns for over 25+ different artists.  The term social media manager did not even exist at this point.  This is where I laid the groundwork for managing major label artist's MySpace pages and other blossoming social media platforms, and a lot of the social media management practices I created in this time frame are still used by the music industry at large today.

6.    I have spoken at many high profile conferences, including the Forbes 30/50 Summit in March 2022, where I spoke alongside Hillary Clinton, Tyra Banks, and Huma Abedin.

7.    My current and past client list includes the biggest names in music and technology

8.

9.    ████████████████████████████████████████████
      ████████████████████████████████████████████.

10.   My clients collectively hold over 1 billion combined social media followers, and
      include A-List artists such as ███████████████████████████████████████████
      ████████████████████████████ and over 100 more artist clients.

11.   My company has been involved in marketing over 100 different songs and albums
      that have charted #1 on Billboard's Hot 100,[1] the music industry's standard record
      chart.

12.   I have been featured as an expert in my field by a variety of major publications,
      including Forbes, Billboard, Hollywood Reporter, Entrepreneur, Nylon, Cheddar,
      and many more.

13.   My work at Crowd Surf generally involves strategic marketing, for musicians and
      brands, as well as social media monitoring and enforcement on behalf of my clients.
      As co-CEO of Crowd Surf, I oversee fourteen different marketing teams, and a staff
      of over 50 employees developing social media marketing campaigns and public
      relations strategies for the music industry.

14.   I hold an undergraduate degree in Music Business from Middle Tennessee State
      University.

15.   This report necessarily discusses precedent related to trademark infringement
      actions. Other than to apply this precedent to my analysis of the facts, I have not
      been asked to provide nor am I providing any legal opinions regarding case law. I
      am not an attorney and offer no legal or technical opinions, on enforceability or
      infringement, in this matter.

16.   I have been retained in this litigation at my normal consulting rate of ████ per hour.
      My compensation is not contingent upon the outcome of this case nor reaching
      certain conclusions in this matter.

17.   As of the date of this report, I have reviewed the information referenced herein. My
      conclusions, however, could be impacted by information that is found to be
      inaccurate or incomplete. This impact may or may not be material to my opinions
      rendered, based on the magnitude of the inaccuracy or incompleteness. Therefore,
      my findings in this report are subject to change based on new information becoming
      available. I reserve the right to update my analysis accordingly.

---

[1] https://www.billboard.com/charts/hot-100/

2

## II.    SUMMARY OF OPINIONS

18.    Based on the documents and other information I have reviewed to date, as well as my background, training, and experience, I have reached the following conclusions in this matter:

> **Opinion 1:**    **Samsung's Opinion on the Level of Sophistication of Relevant Purchasing Consumers is Overstated and Inconsistent with the Facts of this Case and Market Realities**

> **Opinion 2:**    **Samsung's Opinion on S10 Entertainment's Consumers Ignores the Impact of Relevant Non-Consumers and Is Inconsistent with the Facts of this Case and Market Realities**

> **Opinion 3:**    **Samsung's Opinion on the Impact of Marketing, Especially in the Social Media Space, is Misguided and Inconsistent with the Facts of this Case and Market Realities**

> **Opinion 4:**    **Samsung's Opinion on the Nature of S10 Entertainment's Business is Inconsistent with the Facts of this Case and Market Realities**

19.    The following provides the background and support for my conclusions.

## III.    OPINIONS AND RELATED SUPPORT

> **Opinion 1:**    **Samsung's Opinion on the Level of Sophistication of Relevant Purchasing Consumers is Overstated and Inconsistent with the Facts of this Case and Market Realities**

20.    Samsung's attempt to limit the consumers and potential consumers of S10 Entertainment's services to "recording artists" or "sophisticated consumers…of talent management services" ignores the nature of S10 Entertainment's business and the nature of musical artists.  Howard Report, ¶ 8.

21.    As explained more fully below, S10 Entertainment's consumers include artists, songwriters, music industry professionals, and downstream consumers of popular music.  These are not highly sophisticated consumers, as Samsung asserts.  Howard Report, ¶ 8.

22.    Even focusing solely on musical artists, however, it is not accurate to assume that all artists are highly sophisticated purchasers or exercise a "high degree of care and sophistication" when selecting talent management services, as Samsung argues. Howard Report, ¶ 8 and 37.

23.    From my experience in, and knowledge of, the music industry, many artists are barely even teenagers when they decide to start working with an artist manager. For example, Justin Bieber was 13 years old when Scooter Braun  his talent

manager discovered him on YouTube and decided that he wanted to be his manager.[2] It is very common, especially with the rise of social media over the past 15 years, for artist managers to discover potential clients via social media platforms. In most of these cases, the artist does not have any connections (in the form of lawyers, business managers, record labels, etc.) nor education in regards to the music industry. It is often common that an artist is even too young to have a high school degree.

24. In my experience, when a young artist without a team around them is looking at a potential partner to work with in the music industry, they are likely to rely on using social media and search engines as research tools to gather intel on whether or not they want to engage with that partner. These young artists often do not have the tools and connections to be the sophisticated consumer that Samsung argues these artists would be. Howard Report, ¶ 37.

25. Even if a potential artist fits the profile of a sophisticated consumer described in the Howard Report at ¶ 37 it is still likely that they, or there team, will conduct research on social media, given its importance as a marketing tool.

26. Social media marketing is now one of the largest marketing channels for businesses.[3] It is estimated that 55% of consumers learn about new brands on social media, while "68% of consumers agree social media enables them to interact with brands and companies."[4] Additionally, 78% of consumers are willing to buy from a company based on a positive social media experience and 85% of businesses agree that social data will be a primary source of business intelligence going forward.[5]

27. Social media and the music industry are heavily intertwined.[6] By 2016, "79% of online US adults used social networking websites….for many reasons, including to interact with celebrities and especially with musicians."[7] Because of this many record labels now require that their artists maintain a presence on numerous social media platforms, including Instagram, Twitter, and Facebook.[8] Indeed, musicians and music industry professionals use social media in myriad ways to promote their music and themselves.[9] In 2020, Tim Ingham, at Rolling Stone Magazine, wrote that "Social Media, Not Streaming, Is the Music Industry's Future," based, in part,

---

[2]https://www.usatoday.com/story/entertainment/music/2020/10/30/justin-bieber-manager-scooter-braun-wishes-he-put-him-therapy-day-one/6068454002/

[3] https://sproutsocial.com/insights/importance-of-social-media-marketing-in-business/

[4] Id.

[5] Id.

[6] https://www.theguardian.com/music/2022/feb/18/making-music-is-about-making-assets-for-social-media-pop-stars-battle-digital-burnout

[7] Krause, at al., Musician Interaction via Social Networking Sites: Celebrity attitudes, attachment, and their correlates, Music & Science Vol. 1, January-December 2018 (available at: https://journals.sagepub.com/doi/10.1177/2059204318762923).

[8] *Id.*

[9] https://www.mi.edu/in-the-know/social-medias-critical-role-music-industry/

EXIHBIT D
0110

on Warner Music Group CEO's statement that, "social media is already a meaningful nine-figure revenue stream for us and is growing at a faster rate than subscription streaming."[10]

28.    Given the outsized importance of social media on the music industry, any artist attempting to research, and properly vet, S10 Entertainment would likely visit S10 Entertainment's social media pages. As described in my expert report of October 7, 2022, conducting social media research on S10 Entertainment returns confusing results that suggest an affiliation with Samsung.

29.    S10 Entertainment controls and maintains the "s10" Instagram account or handle, shown below.



30.    An artist, or agent working on behalf of the artist, is likely to review the posts made by S10 Entertainment, as well as, the 'tagged' or associated photos and posts made by others about S10 Entertainment.

31.    Upon, viewing the tagged posts on the s10 handle, a viewer is likely to see pictures of Samsung phones or packaging. As one example, the document bearing Bates Number S10ENT_0000008 shows a Galaxy S10+ box between two Apple iPhones and is tagged to S10 Entertainment's Instagram handle. There are numerous

---

[10] https://www.rollingstone.com/pro/features/social-media-tiktok-instagram-video-games-music-money-1097428/

EXIHBIT D
0111

examples of similar tagging mistakes.[11]   These tagging mistakes show that members of the general public are making a false association between Samsung and S10 Entertainment and may lead to further confusion by an artist trying to research S10 Entertainment.

32.    I understand that S10 Entertainment's founder, Brandon Silverstein, also uses his personal Twitter account to promote S10 Entertainment.  A recent tweet by Mr. Silverstein that simply read 'S10,' from September 10, 2022, illustrates the strong association viewers now have between the name 'S10' and Samsung.  The image below is one of many responses that related to Samsung.[12]



33.    Therefore, both sophisticated and unsophisticated consumers are likely to be confused by the false association being made between Samsung and S10 Entertainment on social media.

---

[11] S10ENT_0000015; S10ENT_0012773; S10ENT_0012775; S10ENT_0012778; S10ENT_0012781; S10ENT_0012788; S10ENT_0012789; S10ENT_0012799; S10ENT_0012802; S10ENT_0012803; S10ENT_0012804; S10ENT_0012805; S10ENT_0012807; S10ENT_0012808; S10ENT_0012809; S10ENT_0012810.
[12] S10ENT_0013751; S10ENT_0013753; S10ENT_0012814; S10ENT_0012845; S10ENT_0012892.

EXIHBIT D
0112

**Opinion 2:    Samsung's Opinion Ignores the Impact of Relevant Non-Consumers and Is Inconsistent with the Facts of this Case and Market Realities**

34.    Samsung's opinion on the level of sophistication of relevant consumers also ignores the impact of non-purchasing consumers.  Howard Report, ¶ 10.

35.    Samsung's opinion that S10 Entertainment is primarily a business-to-business ("b2b"), or a "behind the scenes," company ignores the realities of S10 Entertainment's business model and the market for its services.  Howard Report, ¶¶ 8-10.

36.    S10 Entertainment is a full-service talent management, music publishing, record label, TV / Film and investment company.[13]

37.    In addition to engaging directly with artists and their representatives, S10 Entertainment promotes its artists and services via social media and on its own website.  S10 Entertainment's website, pictured below, prominently features its artists and services, which include publishing, record label, and management offerings.[14]



38.    Even if S10 Entertainment's services were limited to management services  as Samsung appears to argue   non-purchasing consumers in the form of consumers

---

[13] https://www.s10e.com/team
[14] https://www.s10e.com/

7

EXIHBIT D
0113

of popular music should be considered as a relevant group for likelihood of confusion.

39.    I understand that the Ninth Circuit has recognized three categories of potentially relevant non-consumers, including (1) potential consumers; (2) non-consumers whose confusion could create an inference that consumers are likely to be confused; and (3) non-consumers whose confusion could influence consumers.[15]

40.    I also understand that the law recognizes that injury from confusion can be caused not just by loss of sales, but also by damage to reputation and goodwill and that damage to reputation and goodwill can be triggered by confusion among non-purchasers.[16]

41.    In the music industry, and within the services offered by S10 Entertainment, there are multiple forms of non-consumers, including:  (1) potential consumers in the form of current artists, who are not currently represented by S10 Entertainment, and future artists, who are unrepresented and may not have even entered the music industry yet;[17] (2) non-consumers who may or may not ever purchase the services of S10 Entertainment, but show the confusion taking place on social media; and (3) non-consumers, who purchase or consume either the music made by S10 Entertainment's represented artists or writers or music made by potential clients of S10 Entertainment, that influence purchasing consumers' decision to purchase S10 Entertainment's services.

42.    I further understand that injury to a company's reputation or goodwill, rather than directly to its sales, does not render the confusion any less actionable and that relevant confusion among non-purchasers may well extend beyond the confusion of those persons positioned to influence directly the decisions of purchasers.[18]  The listening public heavily influences the music industry and fans have a tremendous amount of power over artists' decision-making.[19]

43.    Below is a chart published by Rolling Stone,[20] based on information from Citi Research and the US Copyright Office.  This chart outlines a licensing framework for both music publishing and recorded music.  Looking at the row that outlines "Entity Seeking License," it is clear that all of the listed entities, seeking a license, are funded by music fans.

---

[15] *Rearden LLC v. Rearden Com., Inc.*, 683 F.3d 1190, 1214 (9th Cir. 2012)
[16] McCarthy on Trademarks and Unfair Competition § 23:5, Whose confusion and about what?—Potential customer and noncustomer confusion (5th ed.)
[17] As described above, many bourgeoning artists are young and unrepresented.
[18] *Id.*
[19] https://www.cbr.com/fans-power-where-leave-artists/
[20] https://www.rollingstone.com/pro/features/how-musicians-make-money-or-dont-at-all-in-2018-706745/

8

EXIHBIT D
0114

a.  S10 Entertainment's publishing division is collecting money directly from the Music Publishing stream, which is funded by platforms that are directly funded by fans of music.

b.  



44.  In late 2021, I worked with an artist that goes by the name of Jenna Raine. Ms. Raine was successful on TikTok, and ended up having dozens of managers and record labels reaching out with the desire to work with her. Ultimately, she ended up signing with Scooter Braun and Warner Records because she was familiar with both names in the music industry, and that familiarity and wide-spread recognition implied power to a young artist like Ms. Raine. This is an example of an artist who was at one point a non-purchasing consumer, who ended up becoming a b2b client for both of these companies. Due to the rise of social media, artists are likely make a decision on who they are going to work with based upon previous familiarity with those names and brands which the artist gained from social media.

45.  Based upon the comments that I see on S10 Entertainment's Instagram[21] posts, it is my opinion that many of the people that follow their accounts are non-consumers rather than sophisticated people in the music industry. Below is an example of

---

[21]https://www.instagram.com/s10/

EXIHBIT D
0115

comments on a post that show there are many active fans of the artist following the account.





10

46.    Social media has become a marketing tool and networking forum. More frequently than ever, I see companies and artists or producers discover each other on social media platforms. Below is an example of a potential consumer trying to become a partner and/or collaborator of S10 Entertainment. I continually see more up and coming creators reach out to different managers, labels, publishing companies, or other industry professionals in this manner, and it can result in partnerships or collaborations.



47.    Therefore, particularly in view of S10 Entertainment's business model, non-purchasing consumers   potential consumers in the form of current artists and future artists, non-consumers who show the confusion taking place on social media, and non-consumers that influence purchasing consumers' decision to purchase S10 Entertainment's services   are a relevant group in assessing the likelihood of confusion.

**Opinion 3:    Samsung's Opinion on the Impact of Marketing, Especially in the Social Media Space, is Misguided and Inconsistent with the Facts of this Case and Market Realities**

48.    Samsung's opinion that "S10 Entertainment engages in no advertising to promote its services" is demonstrably false. S10 Entertainment uses its own website and various social media channels to promote its services. As explained above, S10 Entertainment's website, pictured below, prominently features its services, which include publishing, record label, and management offerings.[22]

49.    In addition to its official website, S10 Entertainment engages in social media marketing.

---

[22] https://www.s10e.com/

11

50.    Perception and reputation are highly important in the music industry, and what people view on websites, search engines, social media, and at events affects their impressions and decisions-making. [23]   For this reason, many artists and other professionals in the music industry hire outside consultants to manage their social media marketing and presence.

51.    For example, many publishing companies hire internal team members and/or outside social media contractors and agencies to manage their social media.  In fact, my company, Crowd Surf, was retained by Universal Music Group Publishing, which is the largest publishing company in the world, to assist in managing their social media platforms as of October 9, 2017.  We still manage their platforms to this current day. Crowd Surf was hired to curate and manage these platforms because they realized how important it was to manage their reputation.  Universal Music Group Publishing realized it is important to cater to both their artists, partners, and non-consumers that may impact their direct customers, as they all together play an important role in the ecosystem of reputation and good will in the music industry.

52.    It is also common for record labels, publishing companies, management companies, distribution companies, and other types of companies in the music business to invest money, staff, and other types of resources into their social media presence.  One example of this is Tunecore, which is a music distribution company co-founded by George Howard, who has offered an opinion in this case.[24]  Between June and October of 2022, the company posted almost daily on their Instagram account[25], with an average of 25 posts per month during this timeline.  The posts on this account primarily highlight releases the company is distributing, activities from the staff, and other accomplishments at the company.  When an entity is posting this frequently on social media, it usually means there are significant resources being allocated to managing the account.  This could be in the form of a staff member or members, hiring an outside agency to manage the platform, or a combination of both.

53.    Tunecore recognizes the importance of social media, and has for many years.  On several occasions, Crowd Surf has been hired as a vendor by them.  In 2016, Crowd Surf was hired to work with the artist Yonas, and for digital marketing services.  In 2021, we were hired to do two separate training sessions with the Tunecore staff on the importance of social media and educating their artists on how to use social media.

---

[23] '*In Music Publishing, Your Reputation is Everything,*' Music Business Worldwide, June 22, 2018 (available at: https://www.musicbusinessworldwide.com/in-music-publishing-your-reputation-is-everything/); Krause, at al., Musician Interaction via Social Networking Sites: Celebrity attitudes, attachment, and their correlates, Music & Science Vol. 1, January-December 2018 (available at: https://journals.sagepub.com/doi/10.1177/2059204318762923).

[24] Howard Report.

[25] https://www.instagram.com/tunecore/

EXIHBIT D
0118

54.    These types of investments in social media marketing often include outside expenditures, as well as internal time and resources.

55.    ████████████████████████████████████████████[26]    Many companies and individuals in the music industry hire a publicist as a way to manage their reputation, and get their name out there so that potential clients can hear about their work and possibly hire them in the future.

56.    In addition, I understand that S10 Entertainment █████████████████████████████████████████████████████.[27]

57.    I also understand that ████████████████████████████████ this displays the level of importance that S10 Entertainment's social platforms play in the music industry ecosystem and to S10 Entertainment's business.

58.    Therefore, in my opinion, it is inaccurate for Samsung to assert that S10 Entertainment and Brandon Silverstein did not invest any resources in public image or advertising.  Howard Report, ¶ 49.  S10 Entertainment, like many similarly situated companies in the music industry has invested money and time in developing its social media presence, marketing, and brand awareness.

59.    In the music industry talent management companies and talent managers become celebrities in their own right, with vast brand awareness.  One great example of this is Guy Oseary, who is known for managing Madonna and other big names, has been on the cover of huge magazines like Variety[29] and Billboard,[30] amongst many other accomplishments.  Scooter Braun, who manages Justin Bieber and Ariana Grande, has over 3.7 million Instagram followers himself.[31]  Many artists dream of having managers of this caliber, because they are familiar with their work due to the media footprints these moguls have garnered over the years.  This shows that fans of artists often know who the people and companies surrounding their favorite artist are, and that it could impact who they ultimately work with in the future, if they decide to become an artist themselves.

---

[26] ████████████████████████████████

[27] *Id.*

[28] *Id.*

[29] https://variety.com/2022/music/news/guy-oseary-nft-madonna-u2-manager-1235325286/

[30] https://www.billboard.com/photos/the-maverick-music-managers-billboard-cover-shoot/

[31] https://www.instagram.com/scooterbraun/?hl=en

EXIHBIT D
0119



60.    S10 Entertainment and Brandon Silverstein are covered by major media outlets and have become well-known in the music industry.  For example, Mr. Silverstein has appeared on the Forbes 30 Under 30 - Music list,[32] S10 Entertainment's deals are often covered by Billboard Magazine,[33] and even S10 Entertainment's hiring and promotion of employees are publicized.[34]

61.    One of the primary ways music talent managers, like Mr. Silverstein, and companies like S10 Entertainment manage their public image is through social media marketing and networking.

62.    In my opinion, due to the pandemic, people are relying on using social media for networking more than ever before.  People lost two years of being able to network and meet with each other in person, and therefore they had to turn to social media

[32] https://www.forbes.com/profile/brandon-silverstein/?sh=5183cb6a6016
[33] https://www.billboard.com/pro/anitta-brandon-silverstein-s10-management-deal/;
https://www.billboard.com/pro/s10-publishing-brandon-silverstein-avex-usa-extension/.
[34] https://www.musicbusinessworldwide.com/brandon-silversteins-s10-entertainment-makes-raft-of-promotions-and-new-hires/

14

to learn about people in the music industry. Since social media platforms provided an effective platform for networking over the past several years, I do not see it going away anytime soon. The industry is likely going to continue to rely on social media for networking and researching potential partnerships for many years to come.

63. As stated by Samsung, "[c]reating a distinct brand…takes considerable time and resources. Valuable brands are not established overnight. To create a valuable brand, companies communicate with consumers and create experience that reflect the desired brand meaning. Brands can take years to develop and require significant investment of resources[.]" Carpenter Report, ¶49. As I have explained, in this day and age, social media is the predominant form of marketing. Due to Samsung's unauthorized use the S10 Mark, Samsung has deprived S10 Entertainment of the ability to fully control its image or brand, including on social media, which will likely have a detrimental long-term effect on its business.

### Opinion 4:    Samsung's Opinion on the Nature of S10 Entertainment's Business is Inconsistent with the Facts of this Case and Market Realities

64. Samsung mischaracterizes S10 Entertainment's business, marketing efforts, and consumers. Samsung's assertion that S10 Entertainment "is a primarily business-to-business entity operating in the complex music industry ecosystem, and its engagement with the music consuming public is largely incidental to its activities" ignores the nature of S10 Entertainment's business. Howard Report, ¶ 11.

65. For example, Samsung fails to account for ██████████ importance of S10 Entertainment's publishing venture both on its ██████████ and customers. S10 Entertainment's current and potential consumers include songwriters. In addition, S10 Entertainment's publishing division ███████████████.

66. Professional songwriters are distinct from musicians.[35] They are much less in the public eye and less likely to have a team of advisors.[36]

67. Music publishing is the business of promoting and monetizing musical compositions. "Music publishers ensure that songwriters receive royalties for their compositions, and also work to generate opportunities for those compositions to be performed and reproduced."[37] Revenue generated from music publishing is generally in the form of royalties, collected by performing rights organizations and paid to the publishers.[38] These royalties come in multiple forms, many of which

---

[35] Some musicians also write or co-write their own songs.
(https://www.musicbusinessworldwide.com/who-is-the-biggest-hit-songwriter-working-today-2/)
[36] https://www.musicbusinessworldwide.com/who-is-the-biggest-hit-songwriter-working-today-2/
[37] https://soundcharts.com/blog/how-the-music-publishing-works#what-is-music-publishing
[38] https://www.tunedly.com/blog/how-music-publishers-make-
money.html#:~:text=Music%20publishers%20usually%20make%20money,royalties%20and%20sync%2
0license%20fees.

are determined by the number of plays, streams, or downloads by consumers of music.[39]

68.  Mr. Howard states that it is ███████████████████████ ███████████████████████████████ Howard Report, ¶ 18.  Mr. Howard's statement suggests ██████████████████████



69.  I understand, ████████████████████████████████████



70.  I understand that S10 Publishing has made an investment of ██████████ █████[42]  According to S10 Entertainment's website, on publishing,[43] there are currently at least 8 songwriters on the roster.

71.  Notably, Harv has become an extremely successful writer and producer since signing with S10 Entertainment publishing, including co-writing and producing Justin Bieber's Grammy nominated song "Peaches," along with several other Justin Bieber songs.[44]

72.  I understand that S10 Entertainment is also currently working with Ryan Tedder on several projects within the S10 Publishing landscape.[45]  In my conversations with Mr. Silverstein, he explained that ███████████████████████ ██████████████████ Rolling Stone called Mr. Tedder "Music's Most Under-The-Radar" Mogul and he recently sold his song catalog for $276M dollars, with stated plans to continue creating and innovating in the music business space.[47]  S10 Entertainment's collaboration with Mr. Tedder showcases the vast revenue potential of its publishing division.

---

[39] Id.

[40] Conversation with Brandon Silverstein; https://www.musicbusinessworldwide.com/s10-publishing-and-japanese-music-company-avex-extend-joint-publishing-partnership/.

[41] Conversation with Brandon Silverstein.

[42] Conversation with Brandon Silverstein.

[43] https://www.s10e.com/publishing

[44] https://www.billboard.com/pro/s10-publishing-brandon-silverstein-avex-usa-extension/

[45] https://www.rollingstone.com/pro/features/ryan-tedder-music-industry-interview-1218649/

[46] Conversation with Brandon Silverstein.

[47]https://www.smh.com.au/culture/music/ryan-tedder-sold-his-song-catalogue-for-276-million-now-he-s-intent-on-making-more-20210827-

EXIHBIT D
0122

73. Currently, there is a lot of buying and selling of publishing catalogs in the music business space. The industry is seeing companies sell on very large multiples, in the range of 12x-20x, of the revenue they are generating currently.[48]



74. ████████████████████████████████████████████████ It takes anywhere between 9-18 months, or more, for publishing revenues to start properly flowing into publishers and songwriters.[50] For example, the song "Peaches" by Justin Bieber, was only released in 2021, and the ████████████████████████████

## IV. CONCLUSION

75.  After reviewing the Howard Report, the documents listed as Exhibit A, and performing my own research and analysis in connection with my experience in social media marketing and the music industry, I came to the following conclusions:

a. Samsung's opinion, as disclosed in the Howard Report, on the level of sophistication of relevant consumers is overstated and inconsistent with the facts of this case and the realities of the music industry in which S10 Entertainment competes.

b. Samsung's opinion, as disclosed in the Howard Report, on S10 Entertainment's consumers ignores the impact of relevant non-consumers and is inconsistent with the facts of this case and the realities of the music industry.

c. Samsung's opinion, as disclosed in the Howard Report, on the impact and importance of marketing, especially in the social media space, is misguided, inconsistent with the facts of this case and market realities.

d. Samsung's opinion, as disclosed in the Howard Report, on the nature of S10 Entertainment's business is inconsistent with the facts of this case and market realities of the music industry.

---

p58mhi.html#:~:text=In%20January%2C%20in%20a%20decision,US200%20million%20(%24276%20m
illion)

[48] https://www.rollingstone.com/pro/features/music-catalogs-are-selling-for-serious-cash-now-wall-street-
wants-in-on-it-1113766/; https://www.billboard.com/pro/future-publishing-catalog-influence-media-
partners/; http://www.thembj.org/2014/12/song-catalog-finances/;
https://www.royaltyexchange.com/blog/music-multiple-mania-what-buyers-are-really-paying-for-music-
catalogs-and-why

[49] Conversation with Brandon Silverstein.

[50] https://support.tunecore.com/hc/en-us/articles/115006502487-When-do-I-get-paid-

EXIHBIT D
0123

Respectfully submitted,

Cassie Petrey
November 15, 2022

18

EXIHBIT D
0124

**Exhibit A**

## List of Materials Considered

<u>Expert Reports</u>
- October 7, 2022 Expert Report of George Howard on behalf of Samsung
- October 7, 2022 Expert Report of Gregory S. Carpenter on behalf of Samsung

<u>Documents Produced by Samsung</u>
- SAMSUNG_00024063
- SAMSUNG_00097054
- SAMSUNG_00099281
- SAMSUNG_00057005
- SAMSUNG_00113867
- SAMSUNG_00105122
- SAMSUNG_00105998
- SAMSUNG_00105420

<u>Documents Produced by S10 Entertainment</u>
- S10ENT_0000009
- S10ENT_0010645
- S10ENT_0000031
- S10ENT_0000015
- S10ENT_0012773
- S10ENT_0012775
- S10ENT_0012778
- S10ENT_0012781
- S10ENT_0012788
- S10ENT_0012789
- S10ENT_0012799
- S10ENT_0012802
- S10ENT_0012803
- S10ENT_0012804
- S10ENT_0012805
- S10ENT_0012807
- S10ENT_0012808
- S10ENT_0012809
- S10ENT_0012810
- S10ENT_0013751
- S10ENT_0013753
- S10ENT_0012814
- S10ENT_0012845
- S10ENT_0012892

*Ex. A - Rebuttal Expert Report of Cassie Petrey*

EXIHBIT D
0125

Pleadings, Discovery Responses, and Deposition Materials
- July 20, 2021 First Amended Complaint (ECF No. 37).
- September 14, 2022 Deposition Transcript of Seungmok Lee
- September 7, 2022 Deposition Transcript of Suzanne De Silva
- August 2, 2022 Deposition Transcript of Emilio Cartier
- July 7, 2022 Deposition Transcript of Tim Blacksmith
- July 8, 2022 Deposition Transcript of Josh Klein
- September 23, 2022 Samsung's Fourth Supplemental Responses to S10 Entertainment's First Set of Interrogatories

Publicly Available Materials
- https://www.toptal.com/finance/market-research-analysts/state-of-music-industry
- https://www.forbes.com/sites/forbesbusinesscouncil/2021/09/13/the-evolution-of-the-music-industry---and-what-it-means-for-marketing-yourself-as-a-musician/?sh=7d45aee5297a
- https://medium.com/rowena-chang/february-2020-brand-partnerships-56e175587d9b
- https://www.forbes.com/sites/steveolenski/2014/02/06/why-music-plays-a-big-role-when-it-comes-to-branding/?sh=41524c3c7b6b
- https://www.forbes.com/sites/forbescommunicationscouncil/2020/06/25/the-power-of-social-media-to-capture-todays-consumer/?sh=7a9722db789e
- https://www.samsung.com/in/smartphones/galaxy-s10/new-buy/
- https://www.thehypemagazine.com/2022/05/why-do-more-and-more-people-prefer-to-listen-to-music-on-their-mobile-phones-rather-than-on-other-personal-devices-today
- https://www.digitalmusicnews.com/2021/03/30/most-popular-music-streaming-services-2021/
- https://www.wmg.com/news/anitta-hits-number-one-spotify-global-chart-36306
- https://open.spotify.com/artist/2cWZOOzeOm4WmBJRnD5R7I
- https://www.wmg.com/news/anitta-hits-number-one-spotify-global-chart-36306
- https://www.billboard.com/pro/s10-publishing-brandon-silverstein-avex-usa-extension/
- https://variety.com/2022/music/news/brandon-silverstein-simon-fuller-partner-films-1235264316/
- https://variety.com/2019/music/news/bazzi-signs-with-s10-entertainment-management-1203418747/
- https://www.musicbusinessworldwide.com/brandon-silverstein-deal-things-head-on-thats-job/
- https://www.forbes.com/profile/brandon-silverstein/?sh=10957a9e6016
- https://www.instagram.com/s10/?hl=en
- https://twitter.com/s10ent
- https://venturebeat.com/mobile/everything-samsung-announced-at-its-galaxy-unpacked-2019-launch-event/
- https://www.instagram.com/p/Cf9lmjEvSqb/?hl=en
- https://www.billboard.com/pro/anitta-brandon-silverstein-s10-management-deal/
- https://www.nbcnews.com/pop-culture/pop-culture-news/sxsw-person-first-time-three-years-businesses-are-ready-welcome-attend-rcna18312
- Reddit.com search results

2

*Ex. A - Rebuttal Expert Report of Cassie Petrey*

- https://www.billboard.com/charts/hot-100/
- https://www.usatoday.com/story/entertainment/music/2020/10/30/justin-bieber-manager-scooter-braun-wishes-he-put-him-therapy-day-one/6068454002/
- https://sproutsocial.com/insights/importance-of-social-media-marketing-in-business/
- Krause, at al., Musician Interaction via Social Networking Sites: Celebrity attitudes, attachment, and their correlates, Music & Science Vol. 1, January-December 2018 (available at:  https://journals.sagepub.com/doi/10.1177/2059204318762923)
- https://www.mi.edu/in-the-know/social-medias-critical-role-music-industry/
- https://www.rollingstone.com/pro/features/social-media-tiktok-instagram-video-games-music-money-1097428/
- https://www.s10e.com/team
- *Rearden LLC v. Rearden Com., Inc.*, 683 F.3d 1190, 1214 (9th Cir. 2012)
- McCarthy on Trademarks and Unfair Competition § 23:5, Whose confusion and about what?—Potential customer and noncustomer confusion (5th ed.)
- https://www.cbr.com/fans-power-where-leave-artists/
- https://www.rollingstone.com/pro/features/how-musicians-make-money-or-dont-at-all-in-2018-706745/
- https://www.instagram.com/s10/
- '*In Music Publishing, Your Reputation is Everything,*' Music Business Worldwide, June 22, 2018 (available at: https://www.musicbusinessworldwide.com/in-music-publishing-your-reputation-is-everything/)
- https://www.instagram.com/tunecore/
- https://variety.com/2022/music/news/guy-oseary-nft-madonna-u2-manager-1235325286/
- https://www.billboard.com/photos/the-maverick-music-managers-billboard-cover-shoot/
- https://www.instagram.com/scooterbraun/?hl=en
- https://www.forbes.com/profile/brandon-silverstein/?sh=5183cb6a6016
- https://www.billboard.com/pro/anitta-brandon-silverstein-s10-management-deal/
- https://www.billboard.com/pro/s10-publishing-brandon-silverstein-avex-usa-extension/
- https://www.musicbusinessworldwide.com/brandon-silversteins-s10-entertainment-makes-raft-of-promotions-and-new-hires/
- https://www.musicbusinessworldwide.com/who-is-the-biggest-hit-songwriter-working-today-2/
- https://soundcharts.com/blog/how-the-music-publishing-works#what-is-music-publishing
- https://www.tunedly.com/blog/how-music-publishers-make-money.html#:~:text=Music%20publishers%20usually%20make%20money,royalties%20and%20sync%20license%20fees
- https://www.rollingstone.com/pro/features/ryan-tedder-music-industry-interview-1218649/
- https://www.smh.com.au/culture/music/ryan-tedder-sold-his-song-catalogue-for-276-million-now-he-s-intent-on-making-more-20210827-p58mhi.html#:~:text=In%20January%2C%20in%20a%20decision,US200%20million%20(%24276%20million)
- https://www.rollingstone.com/pro/features/music-catalogs-are-selling-for-serious-cash-now-wall-street-wants-in-on-it-1113766/
- http://www.thembj.org/2014/12/song-catalog-finances/

3

*Ex. A - Rebuttal Expert Report of Cassie Petrey*

- https://www.royaltyexchange.com/blog/music-multiple-mania-what-buyers-are-really-paying-for-music-catalogs-and-why
- https://support.tunecore.com/hc/en-us/articles/115006502487-When-do-I-get-paid-

I also incorporate, by reference, the materials listed in the footnotes and body of my report.

*Ex. A - Rebuttal Expert Report of Cassie Petrey*

EXIHBIT D
0128