Motion to Exclude Petrey

Exhibit E

0126-0134

Filed Under Seal