MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (SBN 211096)
adskale@mintz.com
Matthew S. Hurley (*Pro Hac Vice*)
mshurley@mintz.com
Michael R. Graif (*Pro Hac Vice*)
Mrgraif@mintz.com
3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130
(858) 314-1500

*Attorneys for Plaintiff*
*S10 Entertainment & Media LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S10 ENTERTAINMENT & MEDIA LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.; and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>  Defendants. | Case No. 2:21-cv-2443-CAS-JPR<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF S10 FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: January 23, 2023<br>Time: 10:00 a.m.<br>Hon. Christina A. Snyder<br>Courtroom: 8D, 350 W. First Street |

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on January 23, 2023, at 10:00 a.m. in Courtroom 8D of the of the United States District Court for the Central District of California, located at 350 West First Street in Los Angeles, California, Plaintiff S10 Entertainment & Media LLC ("S10 Entertainment") will and hereby does move the Court for an order granting partial summary judgment, in its favor against Defendants Samsung Electronics Co, Ltd. AND Samsung Electronics America, Inc. (collectively "Samsung"), as to the following issues and cause of action:

1. Samsung's liability as to S10 Entertainments First, Second, and Third Causes of Action; and
2. Samsung's First and Second Affirmative Defenses, relating to laches and estoppel.

This Motion is based upon this Notice and Motion; the accompanying Memorandum of Points and Authorities; the concurrently filed Statement of Undisputed Facts and Conclusions of Law; the Declaration of Michael R. Graif filed herewith and the exhibits attached thereto; upon the order of the Court and the pleadings on file in this case; and upon such argument as may be received by the Court.

This motion is made following the conference of counsel pursuant to L.R.7-3, which took place on December 15, 2022.

DATED: December 23, 2022     Respectfully submitted,

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.**

By: /s/ *Andrew D. Skale*
  Andrew D. Skale (211096)
  Matthew S. Hurley (*Pro Hac Vice*)
  Michael R. Graif (*Pro Hac Vice* )
  James J. Thomson (*Pro Hac Vice*)
  Oliver Ennis (*Pro Hac Vice)*

  Attorneys for Plaintiff S10 Entertainment & Media LLC