# Expert Report
## *of*
# Cassie Petrey

*Submitted on behalf of Plaintiff, S10 Entertainment & Media LLC and in the matter of:*

**UNITED STATES DISTRICT COURT**
**THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S10 ENTERTAINMENT & MEDIA LLC<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No.  2:21-cv-2443-CAS-JPR |

October 7, 2022

HIGHLY CONFIDENTIAL

EXHIBIT A
0005

## I.    INTRODUCTION

1.    My name is Cassie Petrey.  I am the co-founder and co-Chief Executive Officer of Crowd Surf, based in Los Angeles, CA, a leading marketing and music management firm specializing in transformative campaigns for some of the world's most recognizable entertainers and brands.

2.    I have been featured on lists such as Forbes "30 Under 30," Billboard "30 Under 30," Variety's "Hollywood's New Leaders," and Billboard's "Digital Power Players."

3.    I created Crowd Surf in 2007, and as far as I know, it is the longest running music centric social media management firm in the business. I do not know of any company or individual who has more years working in social media than I have.

4.    I have been involved in the music industry in myriad ways since 2004. I worked at the Warner Music Group from 2004-2007, where I oversaw social media marketing campaigns for over 25+ different artists. The term social media manager did not even exist at this point. This is where I laid the groundwork for managing major label artist's MySpace pages and other blossoming social media platforms, and a lot of the social media management practices I created in this time frame are still used by the music industry at large today.

5.    I have spoken at many high profile conferences, including the Forbes 30/50 Summit in March 2022, where I spoke alongside Hillary Clinton, Tyra Banks, and Huma Abedin.

6.    My current and past client list ████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████

7.    ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████

8.    ████████████████████████████████████████████████████ ████████████████████████████████

9.    My clients collectively hold over 1 billion combined social media followers, and include ████████████████████████████████████████████████████ ████████████████████████████ as well as, over 100 more artist clients.

1

10. My company has been involved in marketing over 100 different songs and albums that have charted #1 on Billboard.

11. I have been featured as an expert in my field by a variety of major publications, including Forbes, Billboard, Hollywood Reporter, Entrepreneur, Nylon, Cheddar, and others.

12. My work at Crowd Surf generally involves strategic marketing, for musicians and brands, as well as social media monitoring and enforcement on behalf of my clients. As co-CEO of Crowd Surf, I oversee fourteen different marketing teams, and a staff of over 50 employees developing social media marketing campaigns and public relations strategies for the music industry.

13. I hold an undergraduate degree in Music Business from Middle Tennessee State University.

14. As described in the First Amended Complaint of July 20, 2021, S10 Entertainment & Media LLC ("S10 Entertainment") has sued Defendants Samsung Electronics Co., LTD and Samsung Electronics America, Inc., (collectively, "Samsung") for trademark infringement and unfair competition related to Samsung's unauthorized use of S10 Entertainment's United States Trademark Registration No. 5,909,315, (the "S10 mark").

15. Pursuant to Fed. R. Civ. P. Rule 26, a summary of my qualifications, including a list of expert testimony, are provided in my *curriculum vitae*. Attached as Exhibit A.

16. My opinions in this report relate to the issues of confusion and harm to S10 Entertainment. My education, knowledge, experience, and expertise in the music and social media industries have allowed me to assess the impact of Samsung's unauthorized use of the S10 mark on S10 Entertainment's brand and business.

17. This report necessarily discusses precedent related to trademark infringement actions. Other than to apply this precedent to my analysis of the facts, I have not been asked to provide nor am I providing any legal opinions regarding case law. I am not an attorney and offer no legal or technical opinions, on enforceability or infringement, in this matter.

18. I have been retained in this litigation at my normal consulting rate of ███ per hour. My compensation is not contingent upon the outcome of this case nor reaching certain conclusions in this matter.

19. In forming my opinions, I reviewed various sources of information, which are summarized in Exhibit B and/or identified in the body and footnotes of this report. These materials include documents produced in this matter, deposition testimony, pleadings, and other materials. I have also performed my own

independent research on publicly available information.  My analysis and opinions contained in this report are based upon information that was known or provided to me prior to the issuance of this report.

20. As of the date of this report, I have reviewed the information referenced herein. My conclusions, however, could be affected by information that is found to be inaccurate or incomplete.  This impact may or may not be material to my opinions rendered, based on the magnitude of the inaccuracy or incompleteness. Therefore, my findings in this report are subject to change based on new information becoming available.  I reserve the right to update my analysis accordingly.

## II.    METHODOLOGY

21. In assessing the impact of Samsung's use of 'S10' on S10 Entertainment's business, I performed a search I typically utilize in evaluating companies in the music industry.  The description of that search, and my analysis of the results, is outlined below.

22. When I or a client of mine, in the music industry, are approached by a new company, I rely on research to learn about the entity and formulate an opinion based upon the information that is found in this process. This process utilizes a combination of search engines and social media to gather information, which ultimately leads to an opinion on the potential value of the company, or a collaboration with that company.

23. I have outlined the process I use to research a company within the music industry and ascertain if they are demonstrably successful, legitimate, and a company I would consider engaging with on behalf of my own company or a client.

24. The first place I start is by doing a Google search that solely consists of the company's name, and then reviewing the results on the "all" tab. I also look at the results on the "news" tab to see what kind of coverage that company has received in the media. News coverage provides both quantitative and qualitative feedback.  If the company lacks news coverage or the news coverage is negative, that would indicate that the company may not be successful or has a negative reputation.

25. If the search results are inconclusive, meaning I cannot find any information on the company, I may assume that the company is not a legitimate entity because there is no news coverage, and will stop my research at that point. In order to verify my results, however, I will do a search that includes the company's name and add the term "music" or "entertainment" to see if that helps return more relevant search results. If neither of these methods work, that is an indication that the company has little recognition or reputation in the music industry.

EXHIBIT A
0008

26. The next platform I utilize in my search, to gather information about a company in the music industry, is Instagram. I type in the company's name in the search bar, and see what the search results display. If I am having a difficult time finding the company, I will search the company's name plus a term such as 'music' or 'entertainment' to help locate the company.  This provides a broad sense of the company's presence or image on Instagram.

27. Following a general search on Instagram, I then look for the company's official account. I will view the posts on that company's account to see their current projects. I will also view the tagged photos on the account to see what other users are saying about the company.  This provides more detail into how a company is trying to market itself or control its image, and how effective those efforts have been.

28. The next platform I would possibly use to gather information about a company in the music business is Twitter.  The Twitter search I would conduct would be using the company's name. I would review the top tweets and latest tweets about the company. If the results were confusing, I would use words like "music" and "entertainment" to try and find more relevant results.

29. Following the Twitter search, I would then try to locate the official account of the entity and read their most recent tweets.  This provides insight into how a company is trying to market itself or control its own image.

30. After locating their official account, I would see what people are saying about the company while adding a hashtag onto the front of the company's name.  This provides feedback into how the public responds to and perceives this company.

31. Other social media platforms I would possibly use to gather information about a company would be Facebook, YouTube, TikTok, and/or Reddit.

## III.    SUMMARY OF OPINIONS

32. Samsung's use of 'S10,' in the same marketing channels that S10 Entertainment employs and in the same industry that S10 Entertainment competes in, has deprived S10 Entertainment of the ability to control its corporate identity, reputation, and goodwill.

33. People within the music industry are likely to have abandoned their research process or potential collaboration with S10 Entertainment, because Samsung's S10 phone marketing has made it difficult to find information on S10 Entertainment.

34. It is likely that an individual involved in the music industry and/or a general consumer would think that S10 Entertainment is affiliated with Samsung and the

4

EXHIBIT A
0009



Galaxy S10, as electronics companies have engaged in similar campaigns in the past, such as Sony and RCA.

35. To certain demographics of consumers, including popular musicians, Samsung smartphones are perceived as inferior and less desirable. Therefore, the false association between Samsung and S10 Entertainment could also deter potential customers of S10 Entertainment, in the highly competitive music industry.

## IV. Basis of Opinion

### a. Background

36. S10 Entertainment was founded in 2017 as a full-service talent management company with the goal of managing, promoting, publishing, and producing the music of emerging artists within the music industry.[1]   S10 Entertainment derives its name and trademark from its founder, Brian Silverstein's birthday, September 10.[2]

37. The music industry, in which S10 Entertainment competes, is a multi-billion dollar business that is controlled by three main companies, making it very difficult for smaller companies to gain market share.[3]

38. This music management industry is highly relational and reputation is paramount to attracting talent. For this reason, most companies involved in this industry carefully curate and control their corporate image via social media, including LinkedIn, Instagram, and Twitter, among others.

39. Social media and music streaming on demand have fundamentally changed the music industry and how people consume music today.[4] Many brands use musicians to promote products[5] due to the emotional connection and increased brand recognition.[6]  Social media has also become a powerful marketing tool for companies, and is now considered "a business-critical operation" for brands.[7]

40. In 2017, S10 Entertainment signed its first two artists and its reputation in the music industry quickly grew.  In 2018, S10 Entertainment signed two more artists and entered into a joint venture with one of the nation's premiere

---

[1] Amended Complaint, pg. 2.

[2] *Id.*

[3] https://www.toptal.com/finance/market-research-analysts/state-of-music-industry

[4] https://www.forbes.com/sites/forbesbusinesscouncil/2021/09/13/the-evolution-of-the-music-industry---and-what-it-means-for-marketing-yourself-as-a-musician/?sh=7d45aee5297a

[5] https://medium.com/rowena-chang/february-2020-brand-partnerships-56e175587d9b

[6] https://www.forbes.com/sites/steveolenski/2014/02/06/why-music-plays-a-big-role-when-it-comes-to-branding/?sh=41524c3c7b6b

[7] https://www.forbes.com/sites/forbescommunicationscouncil/2020/06/25/the-power-of-social-media-to-capture-todays-consumer/?sh=7a9722db789e

EXHIBIT A
0010

entertainment companies, Roc Nation.[8]  S10 Entertainment then expanded its offerings to include music publishing, promotion, and event planning.[9]

41. In 2018, S10 Entertainment applied for a trademark, which ultimately issued as United States Trademark Registration No. 5,909,315 for the mark S10 ("the S10 mark").[10]

42. Samsung Electronics Co., Ltd. (referred to individually herein as "SEC") is a multinational corporation headquartered in Korea.  Samsung Electronics America, Inc. (referred to individually herein as "SEA") is a U.S. subsidiary of SEC.  I understand that both companies, referred to collectively as "Samsung" were involved in making, marketing, and/or selling the Samsung Galaxy S10 smartphone.

43. I understand that this case involves reverse confusion and that "reverse confusion occurs when a person who knows only of the well-known junior user comes into contact with the lesser-known senior user, and because of the similarity of the marks, mistakenly thinks that the senior user is the same as or is affiliated with the junior user."[11]

44. I also understand that reverse confusion can foreclose a senior user, in this case S10 Entertainment, from expanding into related fields and could place S10 Entertainment's goodwill in the hands of the junior user, in this case Samsung. Further, I understand that a potential result of reverse confusion is that the senior user loses the value of its trademark, product identity, corporate identity, control over its goodwill and reputation, and ability to move into new markets.[12]

45. In assessing likelihood of trademark confusion, I understand that courts typically look at the so-called "*Sleekcraft* factors" outlined in *AMF Inc. v. Sleekcraft Boats*, 599 F.2d 341, 348–49 (9th Cir. 1979).  I also understand, however, that these factors are not exhaustive nor dispositive and that courts look at the totality of facts in determining confusion.[13] I have used relevant *Sleekcraft* factors as a guide in my analysis.

## V.     SAMSUNG'S USE OF THE S10 MARK

46. *Sleekcraft* **Factor 1:** I understand that this factor looks at the similarity of the marks. As seen below, S10 Entertainment's use of the S10 Mark, on its website, and Samsung's use of the S10 Mark, on its website, are similar in appearance.

---

[8] https://www.rocnation.com/news/welcome-s10-entertainment-roc-nation-family/
[9] Amended Complaint, pg. 2.
[10] *Id.*
[11] *Ironhawk Techs., Inc. v. Dropbox, Inc.*, 2 F.4th 1150, 1160 (9th Cir. 2021).
[12] *Id.*
[13] *Id.*

EXHIBIT A
0011

| S10 Entertainment's Website[14] (Use of the S10 Mark) | Samsung's Website[15] (Use of the S10 Mark) |
|---|---|
|  |  |

47. I also understand that, in certain cases, Samsung's Galaxy S10e variant was shipped in packaging that utilized the same colorway that S10 Entertainment employs. As seen below, Samsung used yellow font on a black background, similar to S10 Entertainment's color scheme on its website.

| S10 Entertainment's Website[16] (Use of the S10 Mark) | Samsung's Galaxy S10e Packaging[17] (Use of the S10 Mark) |
|---|---|
|  | |

---

[14] https://www.s10e.com/, last accessed October 2, 2022.
[15] https://www.samsung.com/in/smartphones/galaxy-s10/new-buy/, last accessed October 2, 2022.
[16] https://www.s10e.com/, last accessed October 2, 2022.
[17] S10ENT_0000009; I understand that this packaging may not have been used in the U.S. market, but it appeared in YouTube videos that were available to viewers in the U.S. (see S10ENT_0010645)

48. ***Sleekcraft* Factor 2:**  I understand that this factor looks at the relatedness of the parties' products and services.  While S10 Entertainment's primary services—of talent management, music production, and promotion—may appear very different from Samsung's consumer device product offerings; Smartphones such as Samsung's Galaxy S10 have become entwined in the music industry.

49. Smartphones are now one of the primary ways that consumers listen to music.[18] In addition, smartphones are now linked to music streaming platforms and services, including Spotify and YouTube Premium, which are automatically included apps on most smartphones or easily downloaded after activation.

50. YouTube and Spotify are the two most popular music platforms in the United States.[19]

51. S10 Entertainment's musicians are heavily involved in both music streaming platforms.  For example, Anitta, one of S10 Entertainment's musicians, reached the number one spot on Spotify's global list, surpassing 3.6 million streams per day.[20] Normani, another of S10 Entertainment's musicians, has over 11.8 million monthly listeners on the Spotify platform.[21]

52. I understand that Samsung negotiated deals with both YouTube and Spotify for their apps to be included on the Galaxy S10 Smartphone and advertised special offers, in the form of free subscriptions for several months, to promote the Galaxy S10 phone.[22] In fact, Samsung negotiated with Spotify for Spotify to be ███████████  ████████ pre-loaded the phone for a period of time.[24]

53. Therefore, both S10 Entertainment and Samsung offer music related services.  S10 Entertainment's musicians publish and promote their music using streaming apps, while Samsung included the same streaming apps on its Galaxy S10 Smartphones, and used those apps to sell the device.

54. ***Sleekcraft* Factor 3**:  I understand that this factor looks at the strength of the registered mark.

55.  Strength of a brand, or consumer awareness, in the music industry can be measured to some degree by social media metrics and publicity.

---

[18] https://www.thehypemagazine.com/2022/05/why-do-more-and-more-people-prefer-to-listen-to-music-on-their-mobile-phones-rather-than-on-other-personal-devices-today/
[19] https://www.digitalmusicnews.com/2021/03/30/most-popular-music-streaming-services-2021/
[20] https://www.wmg.com/news/anitta-hits-number-one-spotify-global-chart-36306
[21] https://open.spotify.com/artist/2cWZOOzeOm4WmBJRnD5R7I
[22] September 14, 2022 Deposition Transcript of Seungmok Lee at 24:12-25:16.
[23] *Id.* at 41:22-43:8.
[24] *Id.* at 119:18-120:15.

EXHIBIT A
0013

56. In a short time, S10 Entertainment's brand and registered S10 Mark have become very strong in the music industry, as evidenced by the success of S10 Entertainment's musicians, such as Anitta reaching the top of Spotify's global list,[25] and news coverage of S10 Entertainment itself.

57. S10 Entertainment's deals and artists successes are widely publicized by popular websites and news agencies, such as Billboard,[26] Variety,[27] Music Business Worldwide,[28] and Forbes.[29]

58. Therefore, S10 Entertainment has a strong presence in the music industry and its S10 Mark is well known.

59. *Sleekcraft* **Factor 4**: I understand that this factor looks at the relatedness of the parties' marketing channels.

60. S10 Entertainment uses its own website[30], music streaming platforms, music events, and social media[31] to market its services and promote its artists. S10 Entertainment also relies on search engines for potential consumers to find its website and offerings.

61. As described more fully below, Samsung used these same marketing channels to promote and sell its S10 phone.

62. In analyzing the impact of these overlapping marketing channels, it is clear that Samsung has had an impact on the ability for consumers to find S10 Entertainment. A Google search reveals, for example, that 'S10' returns overwhelming results for the Galaxy S10 Smartphone. This is even more apparent when limiting the results to the period 2019-2020[32] shortly after the S10 phone launched.

---

[25] https://www.wmg.com/news/anitta-hits-number-one-spotify-global-chart-36306
[26] https://www.billboard.com/pro/s10-publishing-brandon-silverstein-avex-usa-extension/
[27] https://variety.com/2022/music/news/brandon-silverstein-simon-fuller-partner-films-1235264316/; https://variety.com/2019/music/news/bazzi-signs-with-s10-entertainment-management-1203418747/
[28] https://www.musicbusinessworldwide.com/brandon-silverstein-deal-things-head-on-thats-job/
[29] https://www.forbes.com/profile/brandon-silverstein/?sh=10957a9e6016
[30] S10 Entertainment Website (available at: https://www.s10e.com/).
[31] S10 Entertainment Instagram (available at: https://www.instagram.com/s10/?hl=en); S10 Entertainment Twitter (available at: https://twitter.com/s10ent).
[32]
https://www.google.com/search?q=s10&rlz=1C1GCEA_enUS947US947&sxsrf=ALiCzsbJzLzcLaPjbWnmPS23MkxpXGw6pw%3A1665174616540&source=lnt&tbs=cdr%3A1%2Ccd_min%3A2%2F2019%2Ccd_max%3A2%2F2020&tbm=

EXHIBIT A
0014

63. As seen below, however, even a search conducted in October 2022, three years after the Galaxy S10 Smartphone was launched in February 2019,[33] shows only hits for the S10 Smartphone on the first page.



64. In addition to the "all" tab being populated with search results of the Galaxy S10 phone, the "news" tab is populated in the same manner. The screen grab below, from October 2022, illustrates this.

---

[33] https://venturebeat.com/mobile/everything-samsung-announced-at-its-galaxy-unpacked-2019-launch-event/

EXHIBIT A
0015



65. In addition, when you search for "S10" on YouTube, a highly popular video and music website, the top search results are all related to Samsung's S10 phone. The screenshot below was taken in October 2022.



EXHIBIT A
0016

66.  S10 Entertainment heavily markets its artists on social media. An example of S10 Entertainment's marketing activity, below,[34] shows S10 Entertainment's Instagram account promoting its artist Anitta's Guinness World Record for being the first solo Latin artist to reach the number one spot on Spotify's global chart list.



67. S10 Entertainment's business and artists are also promoted on popular music websites, such as Billboard.[35]

68. Samsung admittedly uses music marketing to connect with its consumers and promote brand awareness.[36] Samsung internal documents show that ███████



69. Samsung marketed its S10 Smartphone heavily in the music industry: including at music events, using musicians to promote the phone, via music streaming partnerships with Spotify and YouTube Premium, on popular music websites, and on social media.

---

[34] S10 Entertainment Instagram post (available at: https://www.instagram.com/p/Cf9lmjEvSqb/?hl=en).
[35] https://www.billboard.com/pro/anitta-brandon-silverstein-s10-management-deal/
[36] SAMSUNG_00024063 at 24063 and 24070.
[37] SAMSUNG_00024063 at 24064.
[38] SAMSUNG_00024063 at 24065.
[39] SAMSUNG_00024063 at 24067.

EXHIBIT A
0017

a. **Music Events**[40]

70. I understand that Samsung promoted the Galaxy S10 at the South by Southwest ("SXSW") Music Festival in 2019. SXSW, held in Austin, TX, is one of the largest conferences and music festivals in the United States. In March 2019, SXSW drew more than 417,000 visitors.[41]

71. Below is an example of a flier produced by Samsung for use at the SXSW Music Festival, prominently displaying 'S10.'[42]



72. I understand that Samsung also promoted the S10 phone via its 'Songs of Summer Concert'[43] in collaboration with Billboard.

73. S10 Entertainment is in the business of promoting popular musicians and uses events such ████████████████████ Because of this overlap, Samsung's use of music events to promote the S10 Smartphone would likely be highly confusing to general consumers and musicians alike.

---

[40] SAMSUNG_00097054
[41] https://www.nbcnews.com/pop-culture/pop-culture-news/sxsw-person-first-time-three-years-businesses-are-ready-welcome-attend-rcna18312
[42] SAMSUNG_00099281 at 99284.
[43] September 7, 2022 Deposition Transcript of Suzanne De Silva at 254:12-255:35.

EXHIBIT A
0018

### a. Music Publications

74. Both S10 Entertainment and Samsung frequently appear on Billboard, "[t]he world's premier music publication, [which] has served the entertainment business since 1894."[44]



| S10 Entertainment on Billboard | Samsung on Billboard |

### a. Musicians

75. Samsung selects musicians to promote its products based, at least in part, ████████ ████████████████████████████ Samsung, like most companies, ████████████ ████████████████ These metrics are a way to assess the scale of the musician's audience and potential number of customers for the product being promoted.

76. Samsung used popular musicians to promote the Galaxy S10, including Chloe X Halle.[47] Other musicians, such as Normani, Ty Dolla $ign, DJ William, and DJ Ruckus also promoted the S10 phone on behalf of Samsung.[48]

---

[44] https://www.billboard.com/music/music-news/about-us-467859/
[45] August 2, 2022 Deposition Transcript of Emilio Cartier at 64:1-13.
[46] *Id.* at 64:15-24.
[47] SAMSUNG_00057005; S10ENT_0000031.
[48] September 23, 2022 Samsung's Fourth Supplemental Responses to S10 Entertainment's First Set of Interrogatories at Supplemental Response to Interrogatory No. 21.

14

EXHIBIT A
0019

77. S10 Entertainment represents popular musicians.  Therefore, Samsung's use of popular musicians to promote the S10 Smartphone would likely be highly confusing to general consumers and musicians alike.

### a.  Music Streaming Platforms

78. As stated above, Samsung used popular streaming platforms Spotify and YouTube to promote the Galaxy S10, including via advertisements on those platforms.

79.  In addition to the targeted music industry marketing that Samsung employed, I also understand that Samsung spent ████████████ marketing the Galaxy S10 phone and numerous marketing channels.[49]

80. It is difficult to quantify the damage a marketing campaign of this magnitude can have on a smaller company with a fraction of the budget.  For instance, Samsung's Unpacked Event, which was used to launch the Galaxy S10 Smartphone, received ████████████ in the first week.[50]  That quantity of viewership likely swamped every marketing channel that S10 Entertainment had previously utilized, in the music industry.

81. *Sleekcraft* **Factor 7**:  I understand that this factor looks at evidence of actual confusion. I am aware that individuals, including Josh Klein and Tim Blacksmith, expressed actual confusion to S10 Entertainment after seeing a Samsung advertisement for the S10 phone.[51]

82. Evidence of actual confusion can also be seen on social media. I understand that S10 Entertainment owns the Instagram account S10[52], shown below, and uses this platform to market its brand and promote its musicians.

---

[49] SAMSUNG_00113867 (Marketing Spend).
[50] SAMSUNG_00105122 at 105124.
[51] Deposition of Tim Blacksmith at 55:17-58:1; Deposition of Joshua Klein at 88:23-91:21.
[52] https://www.instagram.com/s10/?hl=en

EXHIBIT A
0020



83. Individuals tagging S10 Entertainment's Instagram account with pictures of Samsung Smartphones shows clear confusion.  For example, the document baring Bates Number S10ENT_0000008 shows a Galaxy S10+ box between two Apple iPhones and is tagged to S10 Entertainment's Instagram handle.  There are numerous other examples like this of individuals tagging pictures of Samsung phones with S10 Entertainment's Instagram account.[53]

84. In evaluating a company, such as S10 Entertainment, I also look at the ability for the company to control its own image on social media.  If it appears that a company is unable to control its own image, even through no fault of its own, artists may not want to work with that company for fear that they would be unable to protect the artist's image or reputation as well.   In this case, consumers have tagged pictures of Samsung phones with S10 Entertainment's Instagram and S10 Entertainment has little recourse.

85. When you search for "S10 Music" on Instagram, a majority of the posts that come up feature the Galaxy S10 phone. This implies that users are organically thinking of the word "music" when it comes to posting about their phone. The screenshot example below illustrates this point.

---

[53] S10ENT_0000015; S10ENT_0012773; S10ENT_0012775; S10ENT_0012778; S10ENT_0012781; S10ENT_0012788; S10ENT_0012789; S10ENT_0012799; S10ENT_0012802; S10ENT_0012803; S10ENT_0012804; S10ENT_0012805; S10ENT_0012807; S10ENT_0012808; S10ENT_0012809; S10ENT_0012810.

EXHIBIT A
0021



86. Mistags represent false associations that viewers are making between brands and products. It is very difficult to unring this bell, because most impressions are made in the initial seconds of viewing a profile or advertisement.

87. There is also a lot of confusion on Reddit. As seen in the screenshot below, when you search for comments about 'S10' on Reddit, the search results show posts about the S10 phone.

EXHIBIT A
0022



88. Even a more specific search on Reddit for "S10 music" still results in threads about the Samsung Galaxy S10.



89. Additionally, when researching S10 on Twitter, it was confusing to find information about the company due to the inundation of results related to the Samsung S10 Galaxy phone. An example is seen below of the latest tweet with the term "S10" being about the phone rather than the company.

EXHIBIT A
0023



90. Another example of a confusing Twitter search result is below. When you type in "S10 Music" the first result you see is still about the Samsung Galaxy S10 Phone.

EXHIBIT A
0024



91. I understand that S10 Entertainment's founder, Brandon Silverstein, also uses his personal Twitter to promote his company.  A recent tweet by Mr. Silverstein that simply read 'S10,' from September 10, 2022, illustrates the strong association viewers now have with the name 'S10' and Samsung. The image below is one of many responses that related to Samsung.[54]



---

[54] S10ENT_0013751; S10ENT_0013753; S10ENT_0012814; S10ENT_0012845; S10ENT_0012892.

EXHIBIT A
0025

## VI.    HARM TO S10 ENTERTAINMENT

92. As shown by the calls to S10 Entertainment regarding its 'partnership' with Samsung, ongoing confusion on social media, and search engine results, Samsung's unauthorized use of the S10 Mark has taken away S10 Entertainment's ability to control its corporate identity, reputation, and goodwill.

93. Due to the way Samsung flooded the marketing channels that S10 Entertainment historically employed, Samsung usurped the identity of the S10 Mark in the music industry.

94.  S10 Entertainment is now falsely associated with Samsung, which could foreclose opportunities with competitive brands of Samsung, such as Apple.

95. In addition, S10 Entertainment caters to younger consumers and musicians and Samsung has a stigma with this demographic. As evidenced by Samsung's own internal documents,[55]

96. Due to the false association between S10 Entertainment and Samsung, this stigma could be imputed on S10 Entertainment and diminish its future opportunities with younger consumers and artists.

---

[55] SAMSUNG_00105998.
[56] SAMSUNG_00105420 at 105433.



Respectfully submitted,

Cassie Petrey
October 7, 2022

# Cassie Petrey

**Co-Founder and CEO at Crowd Surf**

(615) 495-0496

cassiepetrey@gmail.com

Los Angeles, CA

LinkedIn

## ABOUT

**Cassie Petrey** is a social media expert and co-founder of Crowd Surf, a leading marketing and music management firm specializing in transformative campaigns for some of the world's most recognizable entertainers and brands, among them Camila Cabello, Britney Spears, Backstreet Boys, AJR, Leslie Odom Jr., Jimmie Allen, Eric Church, Guns n' Roses, Duran Duran. Crowd Surf's clients also include tech giants Apple and Google, and numerous record labels, among them UMG, Disney Music Group, Sony, Warner and BMG. Today, more than one billion fans worldwide collectively follow Crowd Surf artists on major social platforms.

## ACCOLADES & HONORS

- **BILLBOARD MAGAZINE**, 30 UNDER 30 & DIGITAL POWER PLAYER
- **FORBES MAGAZINE**, 30 UNDER 30
- **VARIETY MAGAZINE**, HOLLYWOOD'S NEW LEADERS
- **FORBES 30/50 SUMMIT**, MAINSTAGE SPEAKER (ALONGSIDE HILLARY CLINTON AND TYRA BANKS)
- **MUSIC BUSINESS ASSOCIATION CONFERENCE**, KEYNOTE SPEAKER

## WORK EXPERIENCE

### CEO and Co-Founder
**Crowd Surf | Los Angeles, CA | 2007 – Present**

- Founded company in 2007 with the purpose of using social media to connect artists with their fans in unprecedented ways.
- Crowd Surf has become the longest standing social media marketing company in the music industry, just celebrating the company's 15 year anniversary in August 2022.
- Providing specialized marketing services to some of the biggest names in music and entertainment including Britney Spears, Backstreet Boys, and many more high profile artists.
- Oversees 14 different marketing teams, and a staff of 50+ employees who deal with the ins and outs of social media on a daily basis.

## EDUCATION

**Name of School:** Middle Tennessee State University

**Degree:** Music Business

**Years:** 2004 - 2007

**City, State:** Murfreesboro, TN

Exhibit B

**List of Materials Considered**

Documents Produced by Samsung
- SAMSUNG_00024063
- SAMSUNG_00097054
- SAMSUNG_00099281
- SAMSUNG_00057005
- SAMSUNG_00113867
- SAMSUNG_00105122
- SAMSUNG_00105998
- SAMSUNG_00105420

Documents Produced by S10 Entertainment
- S10ENT_0000009
- S10ENT_0010645
- S10ENT_0000031
- S10ENT_0000015
- S10ENT_0012773
- S10ENT_0012775
- S10ENT_0012778
- S10ENT_0012781
- S10ENT_0012788
- S10ENT_0012789
- S10ENT_0012799
- S10ENT_0012802
- S10ENT_0012803
- S10ENT_0012804
- S10ENT_0012805
- S10ENT_0012807
- S10ENT_0012808
- S10ENT_0012809
- S10ENT_0012810
- S10ENT_0013751
- S10ENT_0013753
- S10ENT_0012814
- S10ENT_0012845
- S10ENT_0012892

Pleadings, Discovery Responses, and Deposition Materials
- July 20, 2021 First Amended Complaint (ECF No. 37).
- September 14, 2022 Deposition Transcript of Seungmok Lee
- September 7, 2022 Deposition Transcript of Suzanne De Silva

*Expert Report of Cassie Petrey*

EXHIBIT A
0029

- August 2, 2022 Deposition Transcript of Emilio Cartier
- July 7, 2022 Deposition Transcript of Tim Blacksmith
- July 8, 2022 Deposition Transcript of Josh Klein
- September 23, 2022 Samsung's Fourth Supplemental Responses to S10 Entertainment's First Set of Interrogatories

<u>Publicly Available Materials</u>
- https://www.toptal.com/finance/market-research-analysts/state-of-music-industry
- https://www.forbes.com/sites/forbesbusinesscouncil/2021/09/13/the-evolution-of-the-music-industry---and-what-it-means-for-marketing-yourself-as-a-musician/?sh=7d45aee5297a
- https://medium.com/rowena-chang/february-2020-brand-partnerships-56e175587d9b
- https://www.forbes.com/sites/steveolenski/2014/02/06/why-music-plays-a-big-role-when-it-comes-to-branding/?sh=41524c3c7b6b
- https://www.forbes.com/sites/forbescommunicationscouncil/2020/06/25/the-power-of-social-media-to-capture-todays-consumer/?sh=7a9722db789e
- https://www.samsung.com/in/smartphones/galaxy-s10/new-buy/
- https://www.thehypemagazine.com/2022/05/why-do-more-and-more-people-prefer-to-listen-to-music-on-their-mobile-phones-rather-than-on-other-personal-devices-today
- https://www.digitalmusicnews.com/2021/03/30/most-popular-music-streaming-services-2021/
- https://www.wmg.com/news/anitta-hits-number-one-spotify-global-chart-36306
- https://open.spotify.com/artist/2cWZOOzeOm4WmBJRnD5R7I
- https://www.wmg.com/news/anitta-hits-number-one-spotify-global-chart-36306
- https://www.billboard.com/pro/s10-publishing-brandon-silverstein-avex-usa-extension/
- https://variety.com/2022/music/news/brandon-silverstein-simon-fuller-partner-films-1235264316/
- https://variety.com/2019/music/news/bazzi-signs-with-s10-entertainment-management-1203418747/
- https://www.musicbusinessworldwide.com/brandon-silverstein-deal-things-head-on-thats-job/
- https://www.forbes.com/profile/brandon-silverstein/?sh=10957a9e6016
- https://www.instagram.com/s10/?hl=en
- https://twitter.com/s10ent
- https://venturebeat.com/mobile/everything-samsung-announced-at-its-galaxy-unpacked-2019-launch-event/
- https://www.instagram.com/p/Cf9lmjEvSqb/?hl=en
- https://www.billboard.com/pro/anitta-brandon-silverstein-s10-management-deal/
- https://www.nbcnews.com/pop-culture/pop-culture-news/sxsw-person-first-time-three-years-businesses-are-ready-welcome-attend-rcna18312
- Reddit.com search results

I also incorporate, by reference, the materials listed in the footnotes and body of my report.

*Expert Report of Cassie Petrey*

EXHIBIT A
0030