# Redacted Version of Document Proposed to be Filed Under Seal

# EXHIBIT 2

## Excerpts of Seungmok Lee Deposition Transcript

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3   - - - - - - - - - - - - - - - - x
 4   S10 ENTERTAINMENT & MEDIA LLC,   :
 5           Plaintiff,               :
 6      v.                            :  Case No.
 7   SAMSUNG ELECTRONICS CO.,         :  2:21-cv-2443-CAS
 8   LTD.; SAMSUNG ELECTRONICS        :
 9   AMERICA, INC.,                   :
10           Defendants.              :
11   - - - - - - - - - - - - - - - - x
12   AND ALL RELATED MATTERS.         :
13   - - - - - - - - - - - - - - - - x
14                  HIGHLY CONFIDENTIAL
15
16     Deposition of SAMSUNG ELECTRONICS CO. LTD.,
17     By and through its Designated Representative
18                     SEUNGMOK LEE
19                  Conducted Virtually
20            Wednesday, September 14, 2022
21                9:04 a.m. KST (UTC+9)
22
23   Job No.:  463319
24   Pages:  1 - 143
25   Reported By:  M. Allred, RPR
```

EXHIBIT 2
PAGE 1

HIGHLY CONFIDENTIAL

Transcript of Seungmok Lee, Corporate Designee
September 14, 2022                                                                 2

1        Deposition of SEUNGMOK LEE, conducted
2   virtually.  All parties attended remotely.
3
4
5        Pursuant to notice, before M. Allred,
6   Registered Professional Reporter.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL
Transcript of Seungmok Lee, Corporate Designee
September 14, 2022                                                3

```
 1              A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4        JAMES J. THOMSON, ESQUIRE
 5        MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
 6        POPEO, P.C.
 7        One Financial Center
 8        Boston, MA 02111
 9        Phone:  +1-617-542-6000
10
11   ON BEHALF OF THE DEFENDANTS:
12        LOUIS T. PERRY, ESQUIRE
13        FAEGRE DRINKER BIDDLE & REATH LLP
14        300 N. Meridian Street, Suite 2500
15        Indianapolis, Indiana 46204
16        Phone:  +1-317-237-0300
17
18   ALSO PRESENT:
19        KYONGMAN KIM, For Samsung Electronics
20        STACEY BAER, For Mintz Levin
21        TREVOR PRICE, CLVS, Videographer
22        CHRISTIE JEON, Technician
23        ALBERT S. KIM, Lead Interpreter
24        MICHELLE KIM, Check Interpreter
25
```

HIGHLY CONFIDENTIAL
Transcript of Seungmok Lee, Corporate Designee
September 14, 2022                                                                 4

```
1                     C O N T E N T S
2   EXAMINATION OF SEUNGMOK LEE                      PAGE
3         By Mr. Thomson                              8
4         By Mr. Perry                               135
5         By Mr. Thomson                             140
6
7
8                     E X H I B I T S
9              (Attached to the transcript.)
10  SM LEE DEPOSITION EXHIBIT                        PAGE
11   Exhibit 83    PLAINTIFF S10 ENTERTAINMENT &      10
12                 MEDIA, LLC'S NOTICE OF
13                 30(b)(6) NOTICE OF DEPOSITION
14                 OF SAMSUNG
15   Exhibit 84    SAMSUNG_00058803                   32
16   Exhibit 85    SAMSUNG_00057065                   38
17   Exhibit 86    SPOT-S10_000038                    45
18   Exhibit 87    SAMSUNG_00082828                   45
19   Exhibit 88    SAMSUNG_00022111                   55
20   Exhibit 89    SAMSUNG_00057275                   62
21   Exhibit 90    SAMSUNG_00057913                   71
22   Exhibit 91    SAMSUNG_00057074                   78
23   Exhibit 92    SAMSUNG_00079728                   81
24   Exhibit 93    SAMSUNG_00058193                   88
25   Exhibit 94    SAMSUNG_00057330                   92
```

HIGHLY CONFIDENTIAL
Transcript of Seungmok Lee, Corporate Designee
September 14, 2022

136

| | | |
|---|---|---|
| 1 | Spotify, did Samsung have any other music streaming | 16:44:49 |
| 2 | partnerships? | 16:44:58 |
| 3 |    A   Prior to striking up this partnership | 16:45:10 |
| 4 | agreement with Spotify, Samsung did have a global | 16:45:29 |
| 5 | partnership agreement for Google Play Music. | 16:45:32 |
| 6 |    Q   When did Samsung enter into that | 16:45:37 |
| 7 | partnership with Google Play Music? | 16:45:39 |
| 8 |    A   So the company entered into an agreement | 16:45:52 |
| 9 | with Google Play Music twice in the years 2016 and | 16:46:09 |
| 10 | 2017, respectively.  And the 2017 deal was at a | 16:46:14 |
| 11 | global level. | 16:46:21 |
| 12 |    Q   [REDACTED] | 16:46:22 |
| 13 | [REDACTED] | 16:46:26 |
| 14 | [REDACTED] | 16:46:47 |
| 15 | [REDACTED] | 16:46:53 |
| 16 |    Q   Prior to Google Play, did Samsung have any | 16:46:55 |
| 17 | other music streaming partnerships? | 16:47:00 |
| 18 |    A   The company had not entered into any | 16:47:14 |
| 19 | partnership agreement with any external party on a | 16:47:27 |
| 20 | global level. | 16:47:30 |
| 21 |    Q   Did Samsung make any streaming services | 16:47:31 |
| 22 | available to customers prior to its partnership | 16:47:36 |
| 23 | with Google Play Music? | 16:47:40 |
| 24 |    A   The company had provided music streaming | 16:48:01 |
| 25 | service by way of what's called Samsung Milk. | 16:48:06 |

HIGHLY CONFIDENTIAL
Transcript of Seungmok Lee, Corporate Designee
September 14, 2022                                                137

| | | |
|---|---|---|
| 1 | THE CHECK INTERPRETER: "Music." | 16:48:11 |
| 2 | A  Music. | 16:48:13 |
| 3 | THE WITNESS: [In English] Milk Music. | 16:48:16 |
| 4 | THE CHECK INTERPRETER: "Samsung Milk | 16:48:19 |
| 5 | Music." | 16:48:22 |
| 6 | A  Samsung Milk Music. | 16:48:22 |
| 7 | Q  When did Samsung first launch a Galaxy S | 16:48:24 |
| 8 | device? | 16:48:27 |
| 9 | A  I recall that as being in 2009. | 16:48:44 |
| 10 | Q  Do you know whether the first -- excuse me. | 16:48:49 |
| 11 | Do you know whether the first Galaxy S | 16:48:54 |
| 12 | device had YouTube as a preloaded app? | 16:48:56 |
| 13 | A  YouTube, that was preloaded onto the very | 16:49:17 |
| 14 | first Galaxy S device. | 16:49:22 |
| 15 | Q  Has YouTube been a preloaded app on all | 16:49:23 |
| 16 | Galaxy S devices? | 16:49:28 |
| 17 | A  Yes.  That is correct. | 16:49:41 |
| 18 | Q  Since the launch of the Galaxy S phone, the | 16:49:45 |
| 19 | original one, have all Galaxy S phones been able to | 16:49:52 |
| 20 | play music? | 16:49:56 |
| 21 | A  Yes. | 16:50:11 |
| 22 | Q  Have all Galaxy S phones been able to play | 16:50:14 |
| 23 | videos? | 16:50:17 |
| 24 | A  Yes.  That has been possible. | 16:50:27 |
| 25 | Q  Have all Galaxy S phones had internet | 16:50:29 |

HIGHLY CONFIDENTIAL
Transcript of Seungmok Lee, Corporate Designee
September 14, 2022

140

```
1      Q  Mr. Lee, what office do you work in?           16:57:17
2      A  So I don't understand the notion of            16:57:25
3   "office" in this regard.                             16:57:37
4      Q  I apologize.  Do you work in the consumer      16:57:39
5   experience office?                                   16:57:41
6      A  Yes.  I serve within the CX office.            16:57:51
7      Q  Do you know how many employees there are in   16:57:59
8   the CX office?                                       16:58:05
9   ██████████████████████████████████████               16:58:13
10  ████████████████████████                             16:58:20
11  ████████████████████████████████████████████         16:58:21
12  ████████████████████████████                         16:58:27
13     A  ████████████████████████████████              16:58:31
14  ████████████████████████████████████████████         16:59:00
15  ██████████████████████████████████████               16:59:05
16  ██████████████████████████████████                   16:59:08
17        MR. PERRY:  Thank you.  I have no further     16:59:13
18  questions.                                           16:59:14
19        THE WITNESS:  Thank you.                       16:59:21
20        MR. THOMSON:  Two very quick follow-ups to    16:59:22
21  that.                                                16:59:25
22            E X A M I N A T I O N                     16:59:25
23  BY MR. THOMSON:                                     16:59:25
24     Q  Who are the six to seven individuals          16:59:26
25  involved in ████████████████████                    16:59:29
```

HIGHLY CONFIDENTIAL
Transcript of Seungmok Lee, Corporate Designee
September 14, 2022

141

| | | |
|---|---|---|
| 1 | A   So there's a Ms. Yang Sook Hong and certain | 16:59:48 |
| 2 | individuals who work with her whose names I don't | 17:00:13 |
| 3 | quite know. | 17:00:16 |
| 4 | Q   Okay.  What is Ms. Hong's role? | 17:00:19 |
| 5 | A   She is charged with handling the roadmap in | 17:00:35 |
| 6 | terms of Samsung's ███████. | 17:00:38 |
| 7 | Q   What is her title? | 17:00:40 |
| 8 | A   She is a senior professional. | 17:00:58 |
| 9 | Q   And the other six individuals that you | 17:01:03 |
| 10 | mentioned or five or six individuals that you | 17:01:08 |
| 11 | mentioned all work under Ms. Hong? | 17:01:11 |
| 12 | A   Well, so of -- among the rest of them, | 17:01:42 |
| 13 | there is that Mr. Yoon Gwan Kim of whom I spoke of | 17:01:55 |
| 14 | earlier and a colleague of his named Woo Hee Huh. | 17:02:00 |
| 15 | Mind you, these two individuals do not -- are not | 17:02:07 |
| 16 | part of the CX office. | 17:02:09 |
| 17 | (The interpreters conferred in Korean.) | 17:02:17 |
| 18 | THE LEAD INTERPRETER:  I'm sorry.  Strike. | 17:02:17 |
| 19 | May the interpreter clean this up. | 17:02:18 |
| 20 | A   Well, among the rest of them, Mr. Yoon Gwan | 17:02:20 |
| 21 | Kim, of whom I spoke of earlier, and a colleague of | 17:02:24 |
| 22 | his, Woo Hee Huh, work on the partnership side. | 17:02:27 |
| 23 | But mind you, neither of these individuals is part | 17:02:31 |
| 24 | of the CX office. | 17:02:34 |
| 25 | Q   Okay.  What office are they a part of? | 17:02:35 |

HIGHLY CONFIDENTIAL
Transcript of Seungmok Lee, Corporate Designee
September 14, 2022

142

| | | |
|---|---|---|
| 1 | A   They belong to the service partnership | 17:02:47 |
| 2 | group. | 17:02:50 |
| 3 | Q   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 17:02:57 |
| 4 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 17:02:59 |
| 5 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 17:03:22 |
| 6 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 17:03:29 |
| 7 | MR. THOMSON:  Okay.  No further questions. | 17:03:36 |
| 8 | MR. PERRY:  I have no redirect. | 17:03:43 |
| 9 | And I would just note that we would like a | 17:03:44 |
| 10 | copy of the transcript for signature and review. | 17:03:49 |
| 11 | THE VIDEOGRAPHER:  All right.  I'll take us | 17:04:09 |
| 12 | off the record.  Stand by. | 17:04:11 |
| 13 | This is the end of Media Unit Number 5 and | 17:04:14 |
| 14 | today's videotaped deposition.  We are off the | 17:04:16 |
| 15 | record.  The time is 17:04. | 17:04:18 |
| 16 | (The videotaped deposition of SEUNGMOK LEE | 17:04:22 |
| 17 | was concluded at 5:04 p.m.) | |