JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S10 ENTERTAINMENT & MEDIA LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | Case No. 2:21-cv-2443-CAS-JPRx<br><br>District Judge: Hon. Christina A. Snyder<br><br>**FINAL JUDGMENT** |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>　　　　Counterclaimant/Defendant,<br><br>　　v.<br><br>S10 ENTERTAINMENT & MEDIA LLC,<br><br>　　　　Counterclaim Defendant/Plaintiff. | |

Pursuant to the March 17, 2023 jury verdict and the Stipulation of the parties (Dkt. 339), its hereby ORDERED, ADJUDGED, and DECREED as follows:

Final judgment is entered in favor of Defendant and Counterclaim Plaintiff Samsung Electronics Co., Ltd. ("SEC") and Defendant Samsung Electronics America, Inc. ("SEA") (collectively "Samsung") and against Plaintiff and

Counterclaim Defendant S10 Entertainment & Media LLC ("S10 Entertainment") on all of S10 Entertainment's claims: (i) trademark infringement under 15 U.S.C. § 1114 (Count I); (ii) trademark infringement under 15 U.S.C. § 1125(a) (Count II); (iii) contributory trademark infringement under §§ 1114 and 1125(a) (Count III); (iv) California common law unfair competition (Count IV); and violations of California Business & Professional Code § 17200 et seq. (Count V).

In view of the jury verdict, which found (i) no likelihood of confusion and (ii) that Samsung proved by a preponderance of the evidence rights for use of a Galaxy S family marks that predates S10 Entertainment's first use of S10 Entertainment's registered S10 trademark in commerce, S10 Entertainment's claims for trademark infringement (Counts I and II) are adjudicated and finally decided against S10 Entertainment on the merits. S10 Entertainment's Count III (contributory infringement), Count IV (California common law unfair competition), and Count V (statutory unfair competition under California Business & Professional Code § 17200 et seq.) cannot be established on the merits in view of the jury verdict, S10 Entertainment has withdrawn Counts III, IV, and V from this action, and S10 Entertainment's Counts III, IV, and V are dismissed with prejudice. S10 Entertainment takes nothing from its claims, and Samsung is the prevailing party in this action.

Because of the jury's finding of no likelihood of confusion, SEC's conditional counterclaims of infringement and invalidity cannot be established on the merits, and SEC's counterclaims are dismissed with prejudice.

Based on the agreement of the parties, this judgment is fully final and non-appealable, and (i) S10 Entertainment, (ii) its privies, officers, agents, servants, employees, and attorneys, and (iii) others in active concert or participation with S10 Entertainment or any of the foregoing individuals shall not collaterally attack the final judgment or bring any actions or make any claims that are barred, precluded, or

that are in any manner inconsistent with the fullest extent of the final judgment in this case and its preclusive effect.

    Each side shall bear its own fees and costs in this action.

    IT IS SO ORDERED.

Date: April 21, 2023

_____
The Honorable Christina A. Snyder
United States District Judge